**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00442-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    CHESTON FOSTER,

    Defendant.

_____

**ORDER**
_____

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material to Defendant Crosby Powell's attorney and investigator, pursuant to Fed. R. Crim. P. 6(3)(3)(E)(I) and (F).

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the Government's motion is granted, and that grand jury testimony may be disclosed to defendant Powell's investigator and his attorney in the course of discovery in case USA v. Crosby Powell, Criminal Action 11-cr-00036-REB.

It is further ORDERED that such materials shall only be used in defending the Crosby Powell case; that such materials are disclosed only to the defendant's investigator and his attorney; that the defendant attorney Weisz shall maintain custody of such material, and shall not reproduce or disseminate the same.

DATED this 4th day of January, 2012.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK
U.S. DISTRICT COURT JUDGE
DISTRICT OF COLORADO