**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00442-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     CHESTON FOSTER,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that a supervised release violation hearing regarding Defendant Foster is set **Wednesday, September 26, 2012 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: August 28, 2012