**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 10-cr-00442-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHESTON FOSTER,

    Defendant.

---

## ORDER

---

    PURSUANT to and in accordance with the sentencing during the Supervised Release Violation hearing held before the Honorable Lewis T. Babcock, United States District Judge, on October 30, 2012, it is hereby

    ORDERED that Defendant Cheston Foster is sentenced to **TIME SERVED.**

    Dated: October 30, 2012.

                                  BY THE COURT:

                                   s/ Lewis T. Babcock
                                   LEWIS T. BABCOCK,
                                   UNITED STATES DISTRICT JUDGE